UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Timothy M. Sadoski
Lisa J. Sadoski

Debtor(s)

Case No.: 07 B 00416

Chapter: 13

Judge A. Benjamin Goldgar

## RESPONSE TO TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Timothy M. Sadoski, Lisa J. Sadoski, Debtor(s), 35696 N. Poplar Ave., Ingleside, IL 60041
Kenneth Borcia, Attorney for Debtor(s), P.O. Box 447, Libertyville, IL 60048

Creditor objects to Trustee's Notice of Final Mortgage Cure filed on 08/19/2009. The claim amount listed in paragraph E.5. of the confirmed plan has not been paid in full. Creditor received lift of stay on 07/07/2009 and the claim was withdrawn.

Since the arrears have not been paid in full, the Trustee's Notice of Final Mortgage Cure is not valid and has no effect.

Pursuant to the terms of the confirmed plan, if no challenge to this response is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this response or by 09/23/2009, GMAC MORTGAGE, LLC's response stands as filed.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on August 24, 2009.

/s/ Joel P. Fonferko
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-07-1268)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.